260 So.2d 316

**Corbett E. NINI, Jr.**

v.

**SANFORD BROTHERS, INC. and
Surplus Underwriters, Inc.**

**No. 52363.**

April 13, 1972.

that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.